IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00939-GPG

**JECKONIAS N. MURAGARA**,

    Plaintiff,

v.

**MONEYGRAM PAYMENT SYSTEM INTERNATIONAL**,

    Defendant.

---

# ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. See D.C.COLO.LCivR 40.1(a). Accordingly, it is

**ORDERED** that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED June 1, 2015, at Denver, Colorado.

                                          BY THE COURT:

                                          S/ Gordon P. Gallagher

                                          Gordon P. Gallagher
                                          United States Magistrate Judge