IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00939-MEH

JECKONIAS N. MURAGARA,

    Plaintiff,

v.

MONEYGRAM PAYMENT SYSTEM INTERNATIONAL,

    Defendant.

_____

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**
_____

The Court having granted the Plaintiff leave to proceed *in forma pauperis*, now **grants** Plaintiff's Motion Requesting the Marshals to Serve Defendant at His/Her New Address [filed August 21, 2015; docket #21]. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendant or counsel for the Defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendant.

Dated this 3rd day of September, 2015 in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

2