**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00939-MEH

JECKONIAS N. MURAGARA,

    Plaintiff,

v.

MONEYGRAM PAYMENT SYSTEM INTERNATIONAL

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER ON MOTION TO DISMISS of Magistrate Judge Michael E. Hegarty entered on January 4, 2016 it is

    ORDERED that, Defendant's motion to dismiss filed 11/25/2015, [42], is granted. It is

    FURTHER ORDERED that, final judgment enter in favor of Defendant Moneygram Payment System International and against Plaintiff Jeckonias N. Muragara. It is

    FURTHER ORDERED that, each party pay his or its own fees and costs. The case is dismissed with prejudice.

Dated at Denver, Colorado this 4th day of January, 2016.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                By:  s/   S. Libid
                              S. Libid
                              Deputy Clerk